UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARK T. DUBLINO,

                                Plaintiff,

        v.

JAMES THOMAS, et al.,

                                Defendants.

_____

<u>DECISION & ORDER</u>

18-CV-6010L

        On January 4, 2018, *pro se* plaintiff Mark T. Dublino ("plaintiff") commenced this action against the defendants pursuant to 42 U.S.C. § 1983 alleging claims for excessive force and failure to protect in violation of the Eighth Amendment. (Docket # 12). Currently pending before this Court is plaintiff's third motion seeking appointment of counsel. (Docket # 30). On October 26, 2018, this Court issued a Decision & Order denying plaintiff's previous requests for appointment of counsel. (Docket ## 24, 25, 29). Plaintiff's current motion does not present any new information to alter this Court's previous determination. Accordingly, for the reasons previously stated in my October 26, 2018 Decision & Order (Docket # 29), plaintiff's request for the appointment of counsel **(Docket # 30)** is **DENIED without prejudice** at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

**IT IS SO ORDERED**.

                                                        *s/Marian W. Payson*
                                                     MARIAN W. PAYSON
                                             United States Magistrate Judge

Dated: Rochester, New York
        November 5, 2018