UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK T. DUBLINO,

                Plaintiff,

        v.

JAMES THOMAS, et al.,

                Defendants.

_____

<u>DECISION & ORDER</u>

18-CV-6010L

On January 4, 2018, *pro se* plaintiff Mark T. Dublino ("plaintiff") commenced this action against the defendants pursuant to 42 U.S.C. § 1983 alleging claims for excessive force and failure to protect in violation of the Eighth Amendment. (Docket # 12). Currently pending before this Court is plaintiff's fifth motion seeking appointment of counsel. (Docket # 78). Plaintiff's previous requests for appointment of counsel have all been denied. (Docket ## 29, 31, 49, 67). Plaintiff's current motion does not present any information to alter this Court's previous determinations. Accordingly, for the reasons in the previous Decisions & Orders (Docket # 29, 31, 49, 67), plaintiff's request for the appointment of counsel **(Docket # 78)** is **DENIED without prejudice** at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

**IT IS SO ORDERED**.

                            *s/Marian W. Payson*
                            MARIAN W. PAYSON
                        United States Magistrate Judge

Dated: Rochester, New York
       October 31, 2019